**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1974**

CHERI BLACK,

　　　　　Plaintiff – Appellant,

　　　v.

CECIL COMMUNITY COLLEGE,

　　　　　Defendant – Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.　Richard D. Bennett, District Judge. (1:09-cv-01182-RDB)

Submitted: January 19, 2010　　　Decided: January 26, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cheri Black, Appellant Pro Se.　Susan Jeanblanc Cohen, Eric J. Janson, SEYFARTH & SHAW, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheri Black appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to e-17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Black v. Cecil Cmty. Coll., No. 1:09-cv-01182-RDB (D. Md. July 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED